

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HAROLD BOOSAHDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-00556 (CMH/IDD) |
| ) | |
| PROVIDENCE DANE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Strike Insufficient Defenses [20] is **DENIED without prejudice.**

The Clerk is directed to forward copies of this Order to counsel of record.

ENTERED this 26th day of February, 2010.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia