

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HAROLD BOOSAHDA, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:09-cv-00556 (IDD)
)
PROVIDENCE DANE, LLC, )
)
Defendant. )
)

### ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [62] is **GRANTED**.

The Clerk is directed to forward copies of this Order to counsel of record.

ENTERED this 9th day of July, 2010.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge