IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HAROLD F. BOOSAHDA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:09-cv-00556-IDD |
| | ) | |
| PROVIDENCE DANE, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEAL

Notice is hereby given that Harold Boosahda, Plaintiff in the above named action, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on July 9, 2010.

Respectfully submitted,

/s/Ernest P. Francis
Ernest P. Francis, VSB No. 27276
epfrancisltd@verizon.net
Attorney for Harold Boosahda
ERNEST P. FRANCIS, LTD.
1655 North Fort Myer Drive, Suite 700
Arlington, VA 22209
Telephone (703) 683-5696
Facsimile (703) 683-2785

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT on the 9th day of August, 2010, I will electronically file the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>David B. Ashe, Esq., VSB#41259
>Attorney for Providence Dane, LLC
>Providence Dane, LLC
>100 Constitution Drive, Suite 124
>Virginia Beach, VA  23462
>(757) 962-9603
>Fax:  (757) 962-9604
>E-mail: david.ashe@providencedane.com

>/s/Ernest P. Francis
>Ernest P. Francis, VSB No. 27276
>epfrancisltd@verizon.net
>Attorney for Harold Boosahda
>ERNEST P. FRANCIS, LTD.
>1655 North Fort Myer Drive, Suite 700
>Arlington, VA 22209
>Telephone (703) 683-5696
>Facsimile (703) 683-2785